RUCKER, Justice,
dissenting.
In 1995, at the age of nineteen, Larry Newton pleaded guilty to murder, attempted robbery as a Class A felony, conspiracy to commit robbery as a Class A felony, and criminal confinement as a Class B felony. Under terms of a plea agreement the State dismissed its request for the death penalty and Newton was sentenced to life without parole for the murder conviction. Merging the attempted robbery into the conspiracy, the trial court sentenced Newton to a total term of sixty-five years for conspiracy and criminal confinement to be served consecutive to the life sentence.
Because of a combination of procedural errors, some which rest with Newton’s lawyers, Newton’s sentence has never received appellate scrutiny. I see no harm to the judicial process in allowing this case to proceed. Accordingly I respectfully dissent and would enter an order directing the trial court to grant Newton’s request to file a belated appeal.